[No. 11904-4-I. Division One. December 5, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT
AARON JACOBSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 82-1-00228-0, Rosselle Pekelis, J., entered
June 8, 1982. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Durham and Corbett, JJ. Now
published at 36 Wn. App. 446.

[No. 12316-5-I. Division One. December 5, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK
A. CAVANAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-1-00143-3, Marshall Forrest, J.,
entered September 13, 1982. *Affirmed* by unpublished
opinion per Ringold, J., concurred in by Durham, A.C.J.,
and Corbett, J.

[No. 10128-5-I. Division One. December 5, 1983.]

AIR MAC, *Respondent*, v. AMERICAN-STREVELL,
INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 79-2-07170-6, Charles V. Johnson, J., entered
March 30, 1981. *Affirmed as modified* by unpublished
opinion per Ringold, J., concurred in by Andersen, C.J.,
and Swanson, J.

[No. 10602-3-I. Division One. December 5, 1983.]

THELMA L. HELLICKSON, *Appellant*, v. HARRY
L. CUMMINGS, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 80-2-09720-2, James J. Dore, J., entered July
9, 1981. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Andersen, C.J., and Williams, J.